FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 16 2017 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
People of the State of New York, by ERIC T.
SCHNEIDERMAN, Attorney General of the
State of New York,

                Plaintiff,

-against-

Kenneth Griepp, Ronald George, Patricia Musco,
Randall Doe, Osayinwense N. Okuonghae, Anne
Kaminsky, Brian George, Sharon Doe, Deborah
M. Ryan, Angela Braxton, Jasmine LaLande,
Prisca Joseph, and Scott Fitchett, Jr.

                Defendants.
------------------------------------------------------------x

NOT FOR PUBLICATION
**MEMORANDUM & ORDER**
17-CV-3706 (CBA) (JO)

**AMON, United States District Judge:**

The Court orders the New York Attorney General and the defendants to provide the Court with a list of exhibits they seek to present and with a list of witnesses they plan to call at the preliminary injunction hearing scheduled to begin at 10:00 a.m. on Wednesday, October 25, 2017. Each party shall file his or her list of exhibits and list of witnesses on or before October 18, 2017.

SO ORDERED.

Dated: October 16, 2017
      Brooklyn, New York

                                          s/Carol Bagley Amon
                                          Carol Bagley Amon
                                          United States District Judge