**Horatio Mihet**                                                          5167(17-7)

| | |
|---|---|
| **From:** | paygovadmin@mail.doc.twai.gov |
| **Sent:** | Thursday, August 10, 2017 11:16 AM |
| **To:** | Horatio Mihet |
| **Subject:** | Pay.gov Payment Confirmation: NYED CM ECF |

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact NYED CM ECF at (718) 613-2610.

Application Name: NYED CM ECF
Pay.gov Tracking ID: 2645P8K1
Agency Tracking ID: 0207-9748000
Transaction Type: Sale
Transaction Date: Aug 10, 2017 11:16:27 AM

Account Holder Name: Horatio Mihet
Transaction Amount: $150.00
Card Type: AmericanExpress
Card Number: ***********5004

*Case typ.*
*17-7 Schneiderman/Greep*
*phv fee*

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

# PAID

**AUG 2 4 2017**

CK# _21318_

**Pay.gov Payment Confirmation: NYED CM ECF**

notification@pay.gov <notification@pay.gov>

Tue 9/4/2018 10:04 PM

To: Liberty Counsel Court <court@lc.org>; Roger Gannam <rgannam@lc.org>

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact NYED CM ECF at (718) 613-2610.

Application Name: NYED CM ECF
Pay.gov Tracking ID: 26C1SVE5
Agency Tracking ID: 0207-10702242
Transaction Type: Sale
Transaction Date: Sep 4, 2018 10:04:37 PM

Account Holder Name: Roger Gannam
Transaction Amount: $505.00
Card Type: Visa
Card Number: ************9771

THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.



# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 1216760 | 1/30/2018 | Due upon receipt |
| Order No. | Order Date | Case No. |
| 33649.001 | 1/5/2018 | 17-CV-3706-CBA |
| Case Name | | |
| New York ex rel. Schneiderman v. Griepp, et al. | | |
| Records Pertaining To | | |
| Service | | |

Jill M. Schmid
Liberty Counsel
PO Box 540774
Orlando, FL  32854

| Records From | Ordered By | Reference Info. |
|---|---|---|
| Merle Hoffman<br><br>147-32 Jamaica Avenue<br>Jamaica, NY  11435 | Jill M. Schmid<br>Liberty Counsel<br>PO Box 540774<br>Orlando, FL  32854 | Client Matter No.: 17-7<br>Claim No.:<br>Insured:<br>D/O/L: |

| | | |
|---|---|---|
| Service () | | 150.00 |
| Witness Fee: State | 68.04 | 68.04 |
| | TOTAL DUE  >>> | $218.04 |

17-7 Schniederman v Griepp

We thank you for your prompt payment of this invoice.
We are happy to serve you at 216-621-9660.

**PAID**

MAR – 1 2018

CK# 21914
AMT 218.04

3/1
5160
(14-7)

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | $218.04 |

**Tax ID:** 20-3132569

Phone: 407-875-1776   Fax:



REF#8221452609 CK#  21914   218.04

EOENSCDGM4 00



# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 1218551 | 2/27/2018 | Due upon receipt |
| **Order No.** | **Order Date** | **Case No.** |
| 33649.003 | 2/1/2018 | 17-CV-3706-CBA |

| Case Name |
|---|
| New York ex rel. Schneiderman v. Griepp, et al. |

| Records Pertaining To |
|---|
| Service |

Jill M. Schmid
Liberty Counsel
PO Box 540774
Orlando, FL 32854

| Records From | Ordered By | Reference Info. |
|---|---|---|
| Luis Carter<br><br>72 Shawnee Avenue<br>Unit 21<br>Yonkers, NY 10710 | Jill M. Schmid<br>Liberty Counsel<br>PO Box 540774<br>Orlando, FL 32854 | Client Matter No.: 17-7<br>Claim No.:<br>Insured:<br>D/O/L: |

Service ()
　　Service of Subpoena (Federal)　　　　　　　　　　　　　　0.00
　　Witness Fee: Federal　　　　　　　　　　　　　125.00　　125.00
　　　　　　　　　　　　　　　　　　　　　　　　　　71.00　　　71.00

17-7 Schniederman v Griepp

We thank you for your prompt payment of this invoice. **PAID**
We are happy to serve you at 216-621-9660.

TOTAL DUE >>>　　　　$196.00

MAR 1 4 2018

CK# 21941
AMT 196.00

(-) Payments/Credits:　　　　0.00
(+) Finance Charges/Debits:　　　0.00
(=) New Balance:　　　　$196.00

5160 (17-7)
3/15

**Tax ID:** 20-3132569

*Please detach bottom portion and return with payment.*

Phone: 407-875-1776　Fax:



REF#8628490181 CK#   21941     196.00

**Janie Tedeschi**

| | |
|---|---|
| **From:** | Roger Gannam |
| **Sent:** | Friday, January 05, 2018 2:12 PM |
| **To:** | Janie Tedeschi |
| **Subject:** | Need checks today |

Janie, sorry about the late notice, but I need some checks today for depositions in New York next week, in file 17-7:

Each check should be for $50, for witness fees, payable as follows:

1. **Margot Garnick**   *5165 (17-7)*
   Address:
   c/o Laura S. Rosenblum, Esq. & LiJia Gong, Esq.
   Frankfurt Kurnit Klein & Selz PC
   488 Madison Avenue
   New York, New York 10022

   PAID
   JAN - 5 2018
   CK# 21741
   AMT 50.00

2. **Mary Lou Greenberg**   *5165 (17-7)*
   Address:
   c/o Lainie E. Cohen, Esq.
   Lazare Potter Giacovas & Moyle LLP
   875 Third Avenue, 28th Floor
   New York, New York 10022

   PAID
   JAN - 5 2018
   CK# 21742
   AMT 50.00

3. **Pearl Brady**   *5165 (17-7)*
   Address:
   c/o Michele Hauser, Esq.
   10 East 40th Street--Suite 2701
   New York, NY 10016

   PAID
   JAN - 5 2018
   CK# 21743
   AMT 50.00

4. **Theresa White**   *5165 (17-7)*
   Address:
   c/o Jocelyn Jacobson, Esq.
   Reitler Kailas & Rosenblatt LLC
   885 Third Avenue, 20th floor
   New York, New York 10022

   PAID
   JAN - 5 2018
   CK# 21744
   AMT 50.00



REF#8821575526 CK#   21741    50.00

21842

**CHE # :**   21842
**DATE :**   2 /09/18

**AMOUNT :** $50.00
**ACCOUNT :** 1

**PAID TO :**  Theresa White

Case Witness Fee

DISBURSEMENT AMOUNTS :

| MATTER | AMOUNT |
|--------|--------|
| 17-7 | 50.00 |

REF#8620900652 CK#   21743    50.00



**Angie Salas**

| | |
|---|---|
| **From:** | Roger Gannam |
| **Sent:** | Monday, January 22, 2018 10:53 AM |
| **To:** | Angie Salas |
| **Subject:** | Need checks! |

Angie, sorry for the late notice, but it turns out I need to take a couple of witness checks with me for depositions tomorrow in New York. Would you be able to get me the checks below by 1:30 or so?

File: 17-7. Each check should be for $50, for witness fees, payable as follows:

1. Esther Priegue
   c/o Sheppard Mullin Richter & Hampton LLP
   30 Rockefeller Plaza, New York, NY 10022

   PAID

   JAN 2 2 2018

   CK# 21781
   AMT 50.

2. Angelica Din
   c/o Sheppard Mullin Richter & Hampton LLP
   30 Rockefeller Plaza, New York, NY 10022

   PAID

   JAN 2 2 2018

3. Troyd Asmus
   c/o Office of the New York State Attorney General, Civil Rights Bureau CK# 21782
   120 Broadway, New York, New York 10271   AMT 50.

Roger K. Gannam, Esq.†
*Assistant Vice President of Legal Affairs*
**Liberty Counsel**
PO Box 540774
Orlando, FL 32854
407-875-1776 phone
407-875-0770 fax
www.LC.org
Offices in DC, FL, VA
†Licensed in Florida

PAID

JAN 2 2 2018

CK# 21783
AMT 50.

This message (and any attached files) is intended for the person to whom it is addressed and may contain confidential information. If you are not the intended recipient, please notify us immediately by replying to this message and deleting it from your computer, because any distribution of this message by you is strictly prohibited. Email cannot be guaranteed secure or error-free. We do not accept responsibility for errors or omissions herein that result from email transmission. Any views or opinions expressed in this email are solely those of the author and do not necessarily represent those of Liberty Counsel.

1



REF#8428528696 CK#    21781      50.00



REF#8628499321 CK#    21782      50.00

REF#8723240356 CK#    21783      50.00

**Veritext Corp**
**Mid-Atlantic Region**    _355_



1801 Market St., Suite 1800
Philadelphia PA 19103
Tel. 888-777-6690 Fax. 215-241-1539
Fed. Tax ID: 20-3132569

| Bill To: | Roger Gannam | | |
|---|---|---|---|
| | Liberty Counsel | **Invoice #:** | PA3222682 |
| | 1053 Maitland Center Commons Boulevard | **Invoice Date:** | 1/26/2018 |
| | Maitland, FL, 32751 | **Balance Due:** | $2,640.50 |

| | |
|---|---|
| **Case:** | In Re: Investigation Of Eric T. Scheiderman v. |
| **Job #:** | 2786268 | Job Date: 1/13/2018 | Delivery: Normal |
| **Billing Atty:** | Roger Gannam |
| **Location:** | Office of the New York State Attorney General, Civil Rights Bureau |
| | 120 Broadway, 23rd Floor | New York, NY 10271 |
| **Sched Atty:** | Roger Gannam | Liberty Counsel |

| Witness | Description | Amount |
|---|---|---|
| | Transcript Services | $2,522.50 |
| Pearl Brady | Professional Attendance | $90.00 |
| | Delivery and Handling | $28.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $2,640.50 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $2,640.50 |

TERMS:   Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

_511   5152_
_(17·7)_

**PAID**

FEB - 1 2018

CK# _21819_
AMT _6,380·25_

| **To pay online, go to** | **Please remit payment to:** | **Invoice #:** | PA3222682 |
|---|---|---|---|
| **www.veritext.com** | **Veritext** | **Job #:** | 2786268 |
| Veritext accepts all major credit cards | **P.O. Box 71303** | **Invoice Date:** | 1/26/2018 |
| (American Express, Mastercard, Visa, Discover) | **Chicago IL 60694-1303** | **Balance:** | $2,640.50 |

29941

**Veritext Corp**
**Mid-Atlantic Region** _565_



1801 Market St., Suite 1800
Philadelphia PA 19103
Tel. 888-777-6690 Fax. 215-241-1539
Fed. Tax ID: 20-3132569

**Bill To:**  Roger Gannam
Liberty Counsel
1053 Maitland Center Commons Boulevard
Maitland, FL, 32751

| | |
|---|---|
| Invoice #: | PA3223568 |
| Invoice Date: | 1/28/2018 |
| Balance Due: | $2,893.25 |

| | |
|---|---|
| **Case:** | In Re: Investigation Of Eric T. Scheiderman v. |
| **Job #:** | 2788720 \| Job Date: 1/18/2018 \| Delivery: Normal |
| **Billing Atty:** | Roger Gannam |
| **Location:** | Office of the New York State Attorney General, Civil Rights Bureau |
| | 120 Broadway, 23rd Floor \| New York, NY 10271 |
| **Sched Atty:** | Roger Gannam \| Liberty Counsel |

| Witness | Description | Amount |
|---|---|---|
| | Transcript Services | $2,775.25 |
| Theresa Marie White | Professional Attendance | $90.00 |
| | Delivery and Handling | $28.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $2,893.25 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $2,893.25 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

_3/1   5752_
_(17-7)_

## PAID

### FEB - 1 2018

CK#_  21819_
AMT_  6,380.25_

**To pay online, go to**
**www.veritext.com**

29941    Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| | |
|---|---|
| Invoice #: | PA3223568 |
| Job #: | 2788720 |
| Invoice Date: | 1/28/2018 |
| Balance: | $2,893.25 |

**Veritext Corp**
**Mid-Atlantic Region** *585*



1801 Market St., Suite 1800
Philadelphia PA 19103
Tel. 888-777-6690 Fax. 215-241-1539
Fed. Tax ID: 20-3132569

| Bill To: | Roger Gannam<br>Liberty Counsel<br>1053 Maitland Center Commons Boulevard<br>Maitland, FL, 32751 | Invoice #: | PA3223655 |
|---|---|---|---|
| | | Invoice Date: | 1/28/2018 |
| | | Balance Due: | $846.50 |

| Case: | In Re: Investigation Of Eric T. Scheiderman v. |
|---|---|
| Job #: | 2788724 | Job Date: 1/19/2018 | Delivery: Normal |
| Billing Atty: | Roger Gannam |
| Location: | Office of the New York State Attorney General, Civil Rights Bureau |
| | 120 Broadway, 23rd Floor  | New York, NY 10271 |
| Sched Atty: | Roger Gannam | Liberty Counsel |

| Witness | Description | Amount |
|---|---|---|
| | Transcript Services | $728.50 |
| Sylvia Rivera | Professional Attendance | $90.00 |
| | Delivery and Handling | $28.00 |

| Notes: | Invoice Total: | $846.50 |
|---|---|---|
| | Payment: | $0.00 |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $846.50 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

*2/1      5752*
*(17-7)*

**PAID**

FEB - 1 2018

CK# *21819*
AMT *6,380.25*

**To pay online, go to**
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

| Please remit payment to: | Invoice #: | PA3223655 |
|---|---|---|
| Veritext | Job #: | 2788724 |
| P.O. Box 71303 | Invoice Date: | 1/28/2018 |
| Chicago IL 60694-1303 | Balance: | $846.50 |

29941

LIBERTY COUNSEL, INC.
407-575-1776
PO BOX 540774
ORLANDO, FL 32854

WELLS FARGO BANK, N.A.
WELLSFARGO.COM

21819

02/01/18

PAY TO THE
ORDER OF    Veritext Mid-Atlantic                                    $6,380.25

*** Six Thousand Three Hundred Eighty ********************** 25/100

DOLLARS

Veritext Mid-Atlantic
PO Box 71303
Chicago, IL 60694-1303

MEMO    Jobs # 2786268, 2788720, 2788724

REF#8724383195 CK#    21819    6380.25

**Veritext Corp**
**Mid-Atlantic Region**   *525*

1801 Market St., Suite 1800
Philadelphia PA 19103
Tel. 888-777-6690 Fax. 215-241-1539
Fed. Tax ID: 20-3132569

# VERITEXT
### LEGAL SOLUTIONS

| Bill To: | Roger Gannam | | Invoice #: | PA3228573 |
|---|---|---|---|---|
| | Liberty Counsel | | Invoice Date: | 1/31/2018 |
| | 1053 Maitland Center Commons Boulevard | | Balance Due: | $1,734.69 |
| | Maitland, FL, 32751 | | PAID | |

| Case: | In Re: Investigation Of Eric T. Scheiderman v. |
|---|---|
| Job #: | 2801875 | Job Date: 1/23/2018 | Delivery: Normal |
| Billing Atty: | Roger Gannam |
| Location: | Sheppard Mullin Richter |
| | 30 Rockefeller Plaza | 39th Floor | New York, NY 10112 |
| Sched Atty: | Roger Gannam | Liberty Counsel |

MAR - 1 2018

CK# *21915*
AMT *1734.69*

| Witness | Description | Amount |
|---|---|---|
| Angelica Din | Transcript Services | $409.60 |
| | Exhibit Management | $0.00 |
| Esther Preigue | Transcript Services | $1,167.10 |
| | Delivery and Handling | $28.00 |
| | Professional Attendance | $90.00 |
| | Veritext Exhibit Package (ACE) | $39.99 |

| Notes: | | |
|---|---|---|
| | Invoice Total: | $1,734.69 |
| | Payment: | $0.00 |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $1,734.69 |

TERMS:   Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

*3/1   5752
(11-1)*

| To pay online, go to www.veritext.com | Please remit payment to: Veritext P.O. Box 71303 Chicago IL 60694-1303 | Invoice #: | PA3228573 |
|---|---|---|---|
| | | Job #: | 2801875 |
| 29941   Veritext accepts all major credit cards (American Express, Mastercard, Visa, Discover) | | Invoice Date: | 1/31/2018 |
| | | Balance: | $1,734.69 |

LIBERTY COUNSEL, INC.
407-478-1778
PO BOX 540774
ORLANDO, FL 32854

WELLS FARGO BANK, N.A.

21915
53-7591/670

03/01/18

PAY TO THE
ORDER OF ___ Veritext Mid-Atlantic

*** One Thousand Seven Hundred Thirty Four ************ $1,734.69/100          $  $1,734.69

Veritext Mid-Atlantic
PO Box 71303
Chicago, IL 60694-1303

MEMO          Inv # 2461875

⑈000²¹⁹¹⁵⑈ ⑆:0670751631: 2390000720592⑈

REF#8221270721 CK#   21915   1734.69

**Veritext Corp**
**Mid-Atlantic Region**
1801 Market St., Suite 1800    585
Philadelphia PA 19103
Tel. 888-777-6690 Fax. 215-241-1539
Fed. Tax ID: 20-3132569



Bill To:   Roger Gannam
           Liberty Counsel
           1053 Maitland Center Commons Boulevard
           Maitland, FL, 32751

|  |  |
| --- | --- |
| Invoice #: | PA3233304 |
| Invoice Date: | 2/7/2018 |
| Balance Due: | $1,628.50 |

| | |
| --- | --- |
| **Case:** | In Re: Investigation Of Eric T. Schneiderman v. |
| **Job #:** | 2801891 | Job Date: 1/29/2018 | Delivery: Normal |
| **Billing Atty:** | Roger Gannam |
| **Location:** | Office of the NY State Attorney General |
| | 120 Broadway | Civil Rights Bureau | New York, NY 10271 |
| **Sched Atty:** | Roger Gannam | Liberty Counsel |

PAID

MAR 14 2018

CK# 21959
AMT 6619.94

| Witness | Description | Amount |
| --- | --- | --- |
| Troyd Asmus | Transcript Services | |
| | Professional Attendance | $1,400.50 |
| | Delivery and Handling | $200.00 |
| | | $28.00 |

Notes:

| | |
| --- | --- |
| **Invoice Total:** | $1,628.50 |
| **Payment:** | $0.00 |
| **Credit:** | $0.00 |
| **Interest:** | $0.00 |
| **Balance Due:** | $1,628.50 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Contact us to correct payment errors.  No adjustments will be made after 90 days. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

3/15   5752
(17-17)

**Veritext Corp**
**Mid-Atlantic Region** 585

1801 Market St., Suite 1800
Philadelphia PA 19103
Tel. 888-777-6690 Fax. 215-241-1539
Fed. Tax ID: 20-3132569



Bill To:   Roger Gannam
Liberty Counsel
PO Box 540774
Orlando, FL, 32854

| | |
|---|---|
| Invoice #: | PA3231481 |
| Invoice Date: | 2/7/2018 |
| Balance Due: | $3,256.75 |

| | |
|---|---|
| Case: | In Re: Investigation of Eric T. Schneiderman v. Kenneth Griepp, Et. Al. |
| Job #: | 2806586 \| Job Date: 1/31/2018 \| Delivery: Normal |
| Billing Atty: | Roger Gannam |
| Location: | Sheppard Mullin Richter |
| | 30 Rockefeller Plaza \| 39th Floor \| New York, NY 10112 |
| Sched Atty: | Roger Gannam \| Liberty Counsel |

5752
(17-7)

PAID
MAR 1 4 2018
CK# 21959
AMT 6,619.94

| Witness | Description | Amount |
|---|---|---|
| | Transcript Services | |
| Merle Hoffman | Professional Attendance | $2,424.25 |
| | Rough Draft | $125.00 |
| | Delivery and Handling | $679.50 |
| | | $28.00 |

Notes:

| | |
|---|---|
| Invoice Total: | $3,256.75 |
| Payment: | $0.00 |
| Credit: | $0.00 |
| Interest: | $0.00 |
| Balance Due: | $3,256.75 |

TERMS:   Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

3/15

LIBERTY COUNSEL, INC.
LC-PO-1778
PO BOX 540774
ORLANDO, FL 32854

WELLS FARGO BANK, N.A.
WELLSFARGO.COM

21959

01/14/18

PAY TO THE
ORDER OF    Veritext Mid-Atlantic                                    $  $6,619.94

*** Six Thousand Six Hundred Nineteen ***************************** 94/100

                                                                     DOLLARS

Veritext Mid-Atlantic
PO Box 71303
Chicago, IL 60694-1303

MEMO    Jobs # 2280189l, 2804375, 2806586

⑈000²1959⑈ ⑆063107513⑆ 2099000720592⑈

REF#8628023171 CK#   21959   6619.94

**Veritext Corp**
**Mid-Atlantic Region**

1801 Market St., Suite 1800
Philadelphia PA 19103
Tel. 888-777-6690 Fax. 215-241-1539
Fed. Tax ID: 20-3132569



| | | |
|---|---|---|
| **Bill To:** Horatio Mihet | **Invoice #:** | PA3238345 |
| Liberty Counsel | **Invoice Date:** | 2/9/2018 |
| 1053 Maitland Center Commons Boulevard | **Balance Due:** | $1,863.50 |
| Maitland, FL, 32751 | | |

| | |
|---|---|
| **Case:** In Re: Investigation Of Eric T. Scheiderman v. | PAID |
| **Job #:** 2786261 \| Job Date: 1/11/2018 \| Delivery: Normal | |
| **Billing Atty:** Horatio Mihet | FEB 15 2018 |
| **Location:** Office of the New York State Attorney General, Civil Rights Bureau | CK# 2186/ |
| 120 Broadway, 23rd Floor \| New York, NY 10271 | AMT 1,863.50 |
| **Sched Atty:** Roger Gannam \| Liberty Counsel | |

| Witness | Description | Amount |
|---|---|---|
| | Transcript Services | $1,718.50 |
| Mary Lou Greenberg | Professional Attendance | $90.00 |
| | Rough Draft | $27.00 |
| | Delivery and Handling | $28.00 |

| | | |
|---|---|---|
| **Notes:** This invoice replaces invoice 3224215. | **Invoice Total:** | $1,863.50 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $1,863.50 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

5152 (IV-7)

**To pay online, go to**
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
P.O. Box 71303
**Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | PA3238345 |
| **Job #:** | 2786261 |
| **Invoice Date:** | 2/9/2018 |
| **Balance:** | $1,863.50 |

29941

LIBERTY COUNSEL, INC.
407-875-1776
PO BOX 640774
ORLANDO, FL 32864

WELLS FARGO BANK, N.A.
WELLSFARGO.COM

21861

02/15/18

PAY TO THE
ORDER OF    Veritext Mid-Atlantic                                    $  1,863.50

**Y One Thousand Eight Hundred Sixty Three ****************** 50/100**                    DOLLARS

Veritext Mid-Atlantic
PO Box 71303
Chicago, IL 60694-1303

MEMO    Inv # 2786261

REF#8624623658 CK#    21861    1863.50

**Veritext Corp**
**Mid-Atlantic Region** *585*

1801 Market St., Suite 1800
Philadelphia PA 19103
Tel. 888-777-6690 Fax. 215-241-1539
Fed. Tax ID: 20-3132569



| Bill To: | Roger Gannam | Invoice #: | PA3273628 |
| | Liberty Counsel | Invoice Date: | 3/14/2018 |
| | 1053 Maitland Center Commons Boulevard | Balance Due: | $2,774.00 |
| | Maitland, FL, 32751 | | |

| Case: | In Re: Investigation Of Eric T. Scheiderman v. |
| Job #: | 2786249 | Job Date: 1/8/2018 | Delivery: Normal |
| Billing Atty: | Roger Gannam |
| Location: | Office of the New York State Attorney General, Civil Rights Bureau |
| | 120 Broadway, 23rd Floor | New York, NY 10271 |
| Sched Atty: | Roger Gannam | Liberty Counsel |

| Witness | Description | Amount |
| --- | --- | --- |
| | Transcript Services | $2,656.00 |
| Margot Garnick | Professional Attendance | $90.00 |
| | Delivery and Handling | $28.00 |

| Notes: | | Invoice Total: | $2,774.00 |
| | | Payment: | $0.00 |
| | | Credit: | $0.00 |
| | | Interest: | $0.00 |
| | | Balance Due: | $2,774.00 |

TERMS:  Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

*3/22     5764 (17-7)*



**PAID**

MAR 2 2 2018

CK# *21980*
AMT *2,774.00*

**To pay online, go to**
**www.veritext.com**
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| Invoice #: | PA3273628 |
| Job #: | 2786249 |
| Invoice Date: | 3/14/2018 |
| Balance: | $2,774.00 |

129941

LIBERTY COUNSEL, INC.
407-875-1776
PO BOX 540774
ORLANDO, FL 32854

WELLS FARGO BANK, N.A.
wellsfargo.com

21980

03-02/18

Veritext Mid-Atlantic

$2,774.00

PAY TO THE
ORDER OF

***Two Thousand Seven Hundred Seventy Four ***************** 00/100
DOLLARS

Veritext Mid-Atlantic
PO Box 71303
Chicago, IL 60694-1303

MEMO    Job # 2786240

REF#8429631260 CK#   21980   2774.00